Victor de Gyarfas (State Bar No. 171950)
Ted Rittmaster (State Bar No. 145710)
**FOLEY & LARDNER LLP**
555 S. Flower Street, Suite 3500
Los Angeles, California  90071
Tel:            213.972.4500
Fax:           213.486.0065
E-mail:      vdegyarfas@foley.com
                  trittmaster@foley.com

Attorneys for Plaintiff
ROLAND CORPORATION

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND CORPORATION, a Japanese corporation<br><br>              Plaintiff,<br><br>      vs.<br><br>MITCH HERBERT, MITCH HERBERT d.b.a. UFODRUMS.COM, a New Mexico business,<br><br>              Defendant. | Case No:  **CV08-7576 ODW (CTx)**<br><br>(The Honorable Otis D. Wright II)<br><br>ORDER RE STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION<br><br>Courtroom:  11<br><br>Action Filed:         Nov. 17, 2008 |

By agreement and consent to the terms set forth herein by the parties hereto, Plaintiff **Roland Corporation** and Defendants **Mitch Herbert, Mitch Herbert D.B.A. Ufodrums.com (individually or collectively "UFO")**—and full settlement of all claims having been reached, this Court hereby, ORDERS, ADJUDGES AND DECREES THAT:

1. This Court has jurisdiction over the Parties and the subject matter of this action, and venue is proper in the Central District of California.

2. The parties so agreeing, Roland Corporation is the owner of the following federally granted patents:

   a. United States Patent No. 6,121,538 (the "'538 patent") entitled *Electronic Percussion Instrumental System and Percussion Detecting Apparatus Therein* was duly and legally issued on September 19, 2000. Roland owns all right, title, and interest in the '538 patent. The '538 patent is valid, enforceable, and subsisting.

   b. United States Patent No. 6,271,458 (the "'458 patent") entitled *Electronic Percussion Instrumental system and Percussion Detecting Apparatus Therein* was duly and legally issued on August 07, 2001. Roland owns all right, title, and interest in the '458 patent. The '458 patent is valid, enforceable, and subsisting.

   c. United States Patent No. 6,756,535 (the "'535 patent") entitled *Electronic Percussion Instrumental System and Percussion Detecting Apparatus Therein* was duly and legally issued on June 29, 2004. Roland owns all right, title, and interest in the '535 patent. The '535 patent is valid, enforceable, and subsisting.

   d. United States Patent No. 6,921,857 (the "'857 patent") entitled *Electronic Percussion Instrumental System and Percussion Detecting Apparatus Therein* was duly and legally issued on July 26, 2005. Roland owns all right, title, and interest in the '857 patent. The '857 patent is valid, enforceable, and subsisting.

   e. United States Patent No. 7,385,135 (the "'135 patent") entitled *Electronic Percussion Instrumental System and Percussion Detecting*

*Apparatus Therein* was duly and legally issued on June 10, 2008. Roland owns all right, title, and interest in the '135 patent. The '135 patent is valid, enforceable, and subsisting.

3. The '538, '458, '535, '857, and '135 patents are referred to herein collectively as the "patents-in-suit."

4. The parties have settled all of their claims in the above-styled matter.

5. By stipulation of the Parties, a Permanent Injunction is herby entered in the present case, permanently restraining and enjoining Defendants Mitch Herbert or UFO and any and all persons in active concert or participation with, through, or under them including all their officers, directors, agents, servants, employees, attorneys, representatives, successors and assigns, in conjunction with the sale and offer for sale of products sold under the name "Alien Skins" or "2-ply mesh head", or "ConeHead" or "B-stock" or "Roland-Styled Foam Cone" for electronic drums from:

a) Directly or indirectly engaging in any conduct to make, use, offer to sell or sell within the United States or import into the United States a product that directly infringes any one or more of U.S. Patent Nos. 6,121,538, 6,271,458, 6,756,535, 6,921,857 and 7,385,135, or actively induces or contributes to the infringement of U.S. Patent Nos. 6,121,538, 6,271,458, 6,756,535, 6,921,857 and 7,385,135.

b) Making, having made, using or selling products including or utilizing "Alien Skins" or "2-ply mesh head" or "ConeHead" or "B-stock" or "Roland-Styled Foam Cone" products.

6. This court retains jurisdiction to consider, upon application by any party, any violation of the terms of this order and Judgment.

///

///

7. This court also retains jurisdiction to consider and determine any breach of the Settlement Agreement and Release entered into between the parties hereto and those parties agree that any matter arising out of or relating to that Settlement Agreement shall be litigated in this Court.

IT IS SO ORDERED.

DATED: April 8, 2009

_____
Otis D. Wright II
United States District Judge